Jessie Lee McKIM, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 61399.

Missouri Court of Appeals,
Western District.

July 15, 2003.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Sept. 2, 2003.

Application for Transfer Denied
Oct. 28, 2003.

Mark A. Grothoff, Columbia, MO, for appellant.

Adriane Dixon Crouse, Assistant Attorney General, Jefferson City, MO, for respondent.

Before ELLIS, C.J.,
BRECKENRIDGE and NEWTON, JJ.

### ORDER

PER CURIAM.

Jessie Lee McKim appeals the denial of his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment of the motion court is affirmed. Rule 84.16(b).